**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JONATHAN IRWIN**<br><br>                    **Plaintiff,**<br><br>    **v.**<br><br>**ALTAQUIP, LLC AND THE SCOTT**<br>**FETZER COMPANY**<br><br>                    **Defendant.** | **CIVIL ACTION**<br><br>**NO.: 2:21-CV-00063-EEF-DMD**<br><br>**SECTION "L" (3)** |

<u>**JOINT STIPULATION OF DISMISSAL**</u>

**NOW INTO COURT**, through undersigned counsel, come Plaintiff, Jonathan Irwin ("Plaintiff"), and Defendants, Altaquip, LLC, and The Scott Fetzer Company (collectively referred to as the "Defendants"), to hereby give the Court notice of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) of the claims asserted by Plaintiff against Defendants in the above-captioned matter. All parties are to bear their own attorney's fees and costs. The parties agree that the Court shall retain jurisdiction to enforce the terms of this dismissal.

Dated: January 11, 2022

Respectfully submitted,

/s/ Mary Margaret Spell
Jennifer F. Kogos (LA Bar No. 25668)
Mary Margaret Spell (LA Bar No. 32704)
Jones Walker LLP
201 St. Charles Avenue, 47th Floor
New Orleans, Louisiana 70170-5100
Phone: (504) 582-8154
        (504) 582-8262
Fax:    (504) 589-8154
        (504) 589-8262
Email: jkogos@joneswalker.com
        mspell@joneswalker.com

***Attorneys for Defendants Altaquip, LLC***
***and The Scott Fetzer Company***

and

/s/ Mary Bubbett Jackson
Mary Bubbett Jackson (LA Bar No. 28938)
Jody Forester Jackson (LA Bar No. 29110)
Jackson+Jackson
201 St Charles Avenue, Suite 2500
New Orleans, LA 70170
Phone: (504) 599-5953
Fax:    (888) 988-6499
Email: mjackson@jackson-law.net
           jjackson@jackson-law.net

***Attorneys for Plaintiff, Jonathan Irwin***

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of the above and foregoing has been served upon all counsel of record by filing the same in this Court's CM/ECF system this 11th of January, 2022.

/s/ Mary Margaret Spell